### Franklin Bolio v. Mary J. French and Hannah Potter.

*Practice in the Circuit Court: Certificate to appellate court.* There is no authority for a certificate by a Circuit Judge to the Supreme Court that a recovery of less than $100 was occasioned by a voluntary surrender of property for which the plaintiff had brought an action of trover.

*Heard and decided July 11.*

Error to St. Clair Circuit.

This was an action of trover brought by Mary J. French and Hannah Potter in the Circuit Court for the

County of St. Clair, against Franklin Bolio, for property alleged in the declaration to be of the value of $600. The cause was tried by a jury, who found for the plaintiffs a verdict of $43.45, for which a judgment was entered with costs to the plaintiffs.

The defendant below brings the cause into this Court by writ of error, and assigns for error, that the judgment for damages was for less than $100 and for not enough to entitle the plaintiffs to costs.

*J. Atkinson* now moves,—on the ground that a large portion of the property described in the declaration was voluntarily surrendered, after suit brought and before trial, and the verdict was thereby reduced to a sum less than $100,—that an order be entered here requiring the Circuit Judge to certify the facts to this Court.

*Mitchell & Farrand, contra.*

THE COURT held that there was no authority in the statutes for the Circuit Judge to make any such certificate, and therefore there could be no propriety in making any such order.

The judgment below was thereupon reversed without argument.